```
                           UNITED STATES DISTRICT COURT
                           SOUTHERN DISTRICT OF FLORIDA

                           CASE NO. 08-22017-CIV-LENARD
                                  (98-57-CR-LENARD)
                           MAGISTRATE JUDGE P.A. WHITE
```

GIANNY HERNANDEZ,                  :

    Movant,                        :
                                                          REPORT OF MAGISTRATE JUDGE
v.                                 :       28 U.S.C. §2255

UNITED STATES OF AMERICA,          :

    Respondent.                    :
_____

    Gianny Hernandez filed a motion to vacate pursuant to 28 U.S.C. §2255, attacking a federal conviction and/or sentence. The government filed a response, stating that the case was opened in error as the movant is attacking his conviction in case no. 96-6020-cr- Zloch, for which he has filed a motion to vacate, Case No. 08-61108-Civ-Zloch, currently pending.

    The movant was therefore ordered to file an amendment with the Court on or before October 10, 2008, stating specifically what claims he is raising in case no. 98-57-cr-Lenard, if any.

    The movant was instructed that if he is attacking his conviction solely in case no.96-6020-cr-Zloch, this case shall be dismissed.

    The movant has filed nothing further in this case and it appears that this case was opened in error, for the reasons stated in the government's response.[1]

---

[1] The government argues that the movant's motion is a challenge to his guilty plea, and since, in Case No. 98-57-Cr-Lenard there
                                                                    (continued...)

It is therefore recommended that this case be dismissed, without prejudice.

The movant may file objections to this Report within ten days after receipt. If the movant intends to attack his conviction in 98-57-cr-Lenard, he may file an amendment with his objections to this Report.

Dated this 30th day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Gianny Hernandez, <u>Pro Se</u>
    Reg. No. 49394-004
    Address of Record

    United States Attorney
    Attn: Lynn Rosenthal
    Broward Office of US Attorney
    Address of Record

---

$^{1}$(...continued)
was no guilty plea, this motion cannot be related to this conviction.