UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22017-CIV-LENARD/WHITE

**GIANNY HERNANDEZ**,

    Petitioner,
vs.

**UNITED STATES OF AMERICA,**

    Respondent.
_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS CAUSE** is before the Court on the Report of the Magistrate Judge ("Report," D.E. 7), issued on October 31, 2008. Having considered the Report and having independently reviewed the record, the Court finds that the instant case appears to have been opened in error. Accordingly, it is:

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 7) is **ADOPTED**.

2. Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (D.E. 1), filed on or about July 15, 2008, is **DISMISSED WITHOUT PREJUDICE.**

3. All pending motions not otherwise ruled upon are **DENIED as moot**.

4. This case is **CLOSED**.

      **DONE AND ORDERED** in Chambers at Miami, Florida this 31st day of October, 2008.

 

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**